Carolyn Goldman (AZ Bar No. 016440)
Mark D. Goldman (AZ Bar No. 012156)
Scott H. Zwillinger (AZ Bar No. 019645)
Joseph V. Aulicino (AZ Bar No. 032836)
**GOLDMAN & ZWILLINGER PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255-6567
Main:  (480) 626-8483
Facsimile:  (480) 502-7500
Main court material email:
*docket@gzlawoffice.com*
Attorneys for Plaintiff
Sierra Resource, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sierra Resource*,* LLC, | Case No.:  2:18-cv-01264-SPL |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |
| Jon Rattray, *et al.*, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sierra Resources, LLC, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

**DATED** this 23rd day of July, 2018.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GOLDMAN & ZWILLINGER PLLC**


By:   */s/ Carolyn Goldman*
      Carolyn Goldman
      Mark D. Goldman
      Scott H. Zwillinger
      Joseph V. Aulicino
      17851 North 85th Street, Suite 175
      Scottsdale, AZ  85255
      *Attorneys for Plaintiff*